IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| COPAC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRANSPERFECT, INC., <br><br> Defendant. | C/A No. 7:11-cv-01392 |

**ALTERNATIVE DISPUTE RESOLUTION ("ADR")**

**STATEMENT AND CERTIFICATION**

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he or she has (1) provided the party he or she represents with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel.

Submitted[1] this 27th day of January, 2012.

                HAYNSWORTH SINKLER BOYD, P.A.

                By   /s/ Moffatt G. McDonald
                     Moffatt G. McDonald, #2805
                     mmcdonald@hsblawfirm.com
                     75 Beattie Place, 11th Floor
                     P.O. Box 2048
                     Greenville, SC 29602
                     (864) 240-3200
                     (864) 240-3300 (fax)

---

[1] This statement must be filed and served. Local Rule 16.03, D.S.C. A separate statement and certification is required for each party represented.

David E. Spalten
Kelly S. Johnson
Kasowitz, Benson, Torres & Friedman LLP
1360 Peachtree Street, NE, Suite 1150
Atlanta, Georgia 30309

Attorneys for the Defendant TransPerfect, Inc.

January 27, 2012

CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2012, the foregoing was electronically filed with the Clerk of the Court using the CM-ECF system. Notification of such filing was given to the following by the CM-ECF system to those registered to receive a Notice of Electronic Filing for this case:

JOHN E. ROGERS, II
THE WARD LAW FIRM, P.A.
P O. BOX 5663
SPARTANBURG, SC 29304
jrogers@wardfirm.com
*Attorneys for Plaintiffs*

                                                                  /s/ Moffatt G. McDonald